# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

GEORGE R. WERTZ, ESQ., et al.,      :

                                             :

           **Plaintiffs,**        :

                                             :       Civil Action No. 2:09-CV-00591

     **v.**                            :

                                             :       **Judge Algenon L. Marbley**

STATE FARM MUTUAL AUTOMOBILE  :

INSURANCE COMPANY, et al.,        :       **Magistrate Judge King**

                                             :

           **Defendants.**      :

## ORDER

This matter is before the Court on Defendant State Farm Mutual Automobile Insurance Company's ("State Farm") Motion to Dismiss and/or Motion to Strike (Dkt. 18). On September 3, 2009, a Stipulation of Dismissal as to Defendant State Farm Mutual Automobile Insurance Company was filed in this case (Dkt. 12). No objections to this stipulation have been filed. Accordingly, State Farm's Motion to Dismiss is **GRANTED**. State Farm is hereby terminated as a party in this matter.

Furthermore, State Farm's Motion to Strike is now **MOOT** as State Farm is no longer a party in this matter. State Farm would not, however, have been required to file an additional answer.

      **IT IS SO ORDERED**.

                                    **s/Algenon L. Marbley**

                                 **ALGENON L. MARBLEY**

                                 **UNITED STATES DISTRICT JUDGE**

**Dated: December 9, 2009**