# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **GEORGE R. WERTZ, ESQ. and JOEL MEDRANO, Administrators of the Estate of SALLY ANN DYE,** | ) ) ) | |
| | ) | **CASE NO. 2:09 CV 591** |
| **Plaintiff,** | ) ) | |
| **vs.** | ) ) | **STIPULATION OF DISMISSAL WITH JOURNAL ENTRY** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,** | ) ) ) | **DISTRICT JUDGE MARBLEY** |
| **Defendants** | ) ) | |

By agreement of the parties, and good cause shown, it is hereby stipulated and agreed that the above case has been compromised, settled and is dismissed with prejudice at the cost of the Defendants, Kathie Hynds, Mark Kramer, Esq., and The Estate of William B. Hynds.

**IT IS SO ORDERED:**

_____
**JUDGE MARBLEY**

Approved:

_____
VIRGINIA SHENKAN
P.O. Box 1130
New Castle PA 16103
Telephone: (724) 652-8000
Facsimile: (724) 658-4444
Co-Attorney for Plaintiffs

_____
JOSEPH N. ERWIN, ESQ. (0052070)
100 East Campus View Blvd., # 250
Columbus, Ohio 43235
Telephone: (614) 438-2647
Facsimile: (614) 438-2650
Attorney for Defendants

_Per Written Approval pe_ _____

SAMUEL B. WEINER, ESQ.
743 S. Front Street
Columbus, Ohio 43206
Telephone: (614) 443-6581
Facsimile: (614) 443-9978
Co-Attorney for Plaintiffs